OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962   FAX: (410) 962-0872
EMAIL: gary_christopher@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

GARY W. CHRISTOPHER
FIRST ASSISTANT FEDERAL PUBLIC DEFENDER

October 14, 2014

The Honorable
George L. Russell
United States District Court
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: United States of America v. Robert Lee Fitzgerald
    <u>Criminal No.  GLR-13-605</u>

Dear Judge Russell:

    The Court will recall that Defendant's Motion to Suppress Custodial Statements (Paper No. 11) was heard and denied in the referenced case on December 19, 2013. One of the government's witnesses on that motion was Police Officer Keith Gladstone, whose credibility was challenged by the defense. Another officer, Police Officer Carmine Vignola, was apparently present during the custodial interview.

    Mr. Fitzgerald has asked that the record include a copy of the attached complaint in *Foster v. Wilson et al.*, United States District Court, No. 1:13-cv-03758-GLR, filed on December 12, 2013 alleging that Officer Gladstone, Officer Vignola, and others unlawfully entered plaintiff's premises without a warrant, restricted the movement of innocent persons, exercised unlawful control over the premises, falsified an affidavit of probable cause, and otherwise violated plaintiff's constitutional and civil rights.

    Sincerely,

    / S /
    Gary W. Christopher
    First Assistant Federal Public Defender

cc: Brandis Marsh, Esquire